(August 2, 1923.)

CLIFFORD    L.    SHARP,    Respondent,    v.    PERCY JEFFREY, Appellant.

(August 2, 1923.)

CLIFFORD    L.    SHARP,    Respondent,    v.    WILLIAM McCALL, Appellant.

[217 Pac. 594.]

MOTIONS to dismiss first and second appeals from same judgment. First motion granted and appeal *dismissed;* second motion *denied.*

R. W. Katerndahl and Peterson & Coffin, for Appellant, file no brief.

C. A. Bandel and F. A. McCall, for Respondent.

DUNN, J.—The questions involved in these cases are the same as those presented and determined in the case of *Sharp v. Brown, ante,* p. 582, 217 Pac. 593, and upon the authority of that case the motions to dismiss the first appeals are granted and the appeals dismissed. The motions to dismiss the second appeals are denied.

McCarthy, William A. Lee and Wm. E. Lee, JJ., concur.